# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1947
_____

MICHAEL REDMAN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

October 23, 2024

PER CURIAM.

DISMISSED. *See English v. McCrary*, 348 So. 2d 293, 298 (Fla. 1977); *Clarington v. State*, 314 So. 3d 496, 509 (Fla. 3d DCA 2020) (Gordo, J., concurring in result only).

LEWIS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William Hanlon of Hanlon Law, PA, Tampa; Brooke Elvington, Dunedin, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.